FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 SEP 26  PM 4: 21

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD L. OSKINS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: |
| CSX TRANSPORTATION, INC., a corporation, | ) **1:12-cv-1381 TWP-DML** |
| | ) TRIAL BY JURY DEMANDED |
| Defendant. | ) |

## COMPLAINT AT LAW

The Plaintiff, DONALD L. OSKINS, by his attorneys, HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD., complaining of the Defendant, CSX TRANSPORTATION, INC., a corporation (hereinafter "CSX"), states:

1. Jurisdiction of this Court is invoked of action under the under the provisions of Title 45 U.S.C. §56 and Title 28 U.S.C. §1331.

2. The defendant, CSX, is a corporation engaged in operating a railroad as a common carrier engaged in interstate commerce between the various states of the United States, including the Southern District of Indiana and is subject to service of process and to the jurisdiction of this Court.

3. On and before March 10, 2010, and at all times alleged herein, the Plaintiff, DONALD L. OSKINS, was employed by the Defendant, CSX, as a conductor and his duties as such were in furtherance of interstate commerce.

4.  At the time and place aforesaid, both the Plaintiff, DONALD L. OSKINS, and the Defendant, CSX, were subject to an Act of Congress commonly known as the Federal Employers' Liability Act, Title 45 U.S.C. §§51-60, *et seq*.

5.  On March 10, 2010, the Plaintiff was assigned to work as a conductor at Hawthorne Yard in or near Indianapolis, Indiana.

6.  At said time and place, and in furtherance of his duties, plaintiff departed the yard office and began walking toward his locomotive along the designated walkway which consisted of ballast when he was caused to lose his footing, trip and fall over debris thereby sustaining personal injury.

7.  Plaintiff DONALD L. OSKINS was acting at all times alleged herein within the scope of his employment and in furtherance of the business of defendant CSXT and it was defendant's duty to plaintiff to exercise ordinary care to furnish plaintiff with a reasonably safe place in which to work.

8.  Defendant, at the time and place alleged, notwithstanding its duties to plaintiff, was careless and negligent in one or more of the following particulars and thereby caused injury to plaintiff:

      a.  In failing to exercise ordinary care to provide plaintiff with a reasonably safe place in which to work;

      b.  In failing to exercise ordinary care to use reasonably safe methods in their track operations;

      c.  In failing to provide plaintiff with a work area comprised of unobstructed ballast suitable for walking;

      d.  In failing to inspect the walkway when ordinary inspection would have disclosed holes, depressions and other tripping hazards;

e. In failing to maintain the walkway to eliminate holes, depressions and other tripping hazards including debris;

f. In failing to heed employee complaints regarding the hazardous condition of the walkway and in failing to take remedial measures in response to same;

g. In failing to warn plaintiff so as to avert injury to him at said time and place; and

h. In failing to comply with and in violating the defendant railroad's guidelines, standards, rules and regulations regarding maintenance of the walkway.

9. Plaintiff sustained personal injuries, disability, pain and suffering, medical expenses, wage losses and other recoverable damages supported by the evidence and permitted by law resulting in whole or in part from the careless and negligent acts and omissions of defendant.

WHEREFORE, plaintiff DONALD L. OSKINS prays for a judgment of damages against defendant CSX TRANSPORTATION, INC. in a dollar amount sufficient to satisfy the jurisdictional limitations of this court, plus whatever additional amount the court and the jury deem proper as compensatory damages, plus the costs of this lawsuit.

Respectfully Submitted,

By: _____
Robert E. Harrington, Jr.
Robert E. Harrington, III (No. 24616-45)
HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD.
180 N. Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel:     (312) 332-8811
Fx:      (312) 332-2027
E-mail:        htah@harringtonlaw.com

**Attorneys for Plaintiff Donald L. Oskins**